THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Dillard, Appellant.
 
 
 

Appeal From Spartanburg County
  Alexander S. Macaulay, Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-321
 Submitted June 1, 2007  Filed June 15,
 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Harold W. Gowdy, III,
 of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  David Dillard appeals his
 convictions for obtaining goods by false pretenses and exploitation of a
 vulnerable adult.  Dillard argues the trial court erred by denying his motion
 for a directed verdict on the exploitation of a vulnerable adult charge because
 the State failed to prove the victim met the statutory definition of a
 vulnerable adult.
After a thorough review of the record, counsels brief, and appellants pro se brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED. [1]  
STILWELL,
 SHORT, and WILLIAMS, JJ., concur.
 

[1] We decide this case without oral arguments pursuant
 to Rule 215, SCACR.